# EXHIBIT A

3/30/26, 10:03 AM     Research GA – Brittany Pemrick VS.EQUIFAX INFORMATION SERVICES, LLC,JPMORGAN CHASE BANK, NATIONAL ASSOCIA…

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/cbcf1c88b3b84623ab3a0ca035f8ec0f

## Case Information

## Brittany PemrickVS.EQUIFAX INFORMATION SERVICES, LLC,JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

26CV003071

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Fulton - Superior Court | Civil | DAMAGES | 3/2/2026 |

| Judge | Case Status |
|---|---|
| PAIGE WHITAKER | Open |

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| DEFENDANT | EQUIFAX INFORMATION SERVICES, LLC | | |
| DEFENDANT | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | | |
| PLAINTIFF | Pemrick, Brittany | | Sims, LaTonya |

## Events [6]

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 3/2/2026 | Filing | 3 | SUMMONS | SERVICE UPON DEFENDANT | 7f06f30a-c950-4033-b839-6824738356c3.pdf |
| 3/2/2026 | Filing | 1 | CASE INITIATION FORM | DAMAGES ($218.00) | 3d1619e1-b372-472a-91e4-48b2ba0a9a88.pdf |
| 3/2/2026 | Filing | 4 | SUMMONS | SERVICE UPON DEFENDANT | 69e98385-376e-464b-82f2-90a79ebe64ce.pdf |
| 3/2/2026 | Filing | 2 | Plaintiff's Original Petition | | b9c3450c-ccd5-4a40-9f72-7239ab266ce9.pdf |
| 3/12/2026 | Filing | 5 | AFFIDAVIT | Affidavit of Service on Defendant JPMorgan Chase | e1fa1aa2-2500-442e-843f-0dd99a9a27a4.pdf |
| 3/12/2026 | Filing | 6 | AFFIDAVIT | Affidavit of Service as to Defendant Equifax | 6b6d1d68-38b7-46bd-8cb6-df245f553f5e.pdf |

© 2026 Tyler Technologies, Inc. | All Rights Reserved

Version: 2025.9.2.1876



Fulton County Superior Court
***EFILED***ZZ
Date: 3/2/2026 2:19 PM
Che Alexander, Clerk

## General Civil and Domestic Relations Case Filing Information Form

■ **Superior** or ☐ **State Court of** Fulton _____ **County**

| For Clerk Use Only | | |
|---|---|---|
| **Date Filed** 03/02/2026 | **Case Number** 26CV003071 | |
| **MM-DD-YYYY** | | |

### Plaintiff(s)

| Pemrick | Brittany | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

### Defendant(s)

| JPMorgan | Chase | Bank | N.A. | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Equifax | Information | Services | LLC | |
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

| | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** LaTonya Sims _____ **State Bar Number** 711135 _____ **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ **Case Number** _____ **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Fulton County Superior Court
***EFILED***ZZ
Date: 3/2/2026 2:19 PM
Che Alexander, Clerk

**IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA**

BRITTANY PREMICK,

        Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION and EQUIFAX INFORMATION
SERVICES, LLC,

        Defendants.

CIVIL ACTION NO.: 26CV003071

## COMPLAINT

Plaintiff, Brittany Premick (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against the Defendants, JPMorgan Chase Bank, National Association (hereinafter "Chase") and Equifax Information Services, LLC (hereinafter "Equifax") (collectively "Defendants"), hereby alleges as follows:

## INTRODUCTION

1.

This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (hereinafter the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits credit furnishers and consumer reporting agencies (hereinafter "CRA" or "CRAs") from falsely and inaccurately reporting consumers' credit information.

## PARTIES

2.

Plaintiff is an adult citizen of the State of Pennsylvania.

3.

Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

4.

Chase is a national bank and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2.

5.

Chase maintains its principal office in the State of Ohio and regularly conducts business in the State of Georgia.

6.

Equifax is a limited liability company that engages in the business of maintaining and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f).

7.

Equifax maintains its principal office in the State of Georgia, County of Fulton, at 1550 Peachtree Street NW, Atlanta, Georgia 30309. Equifax is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

8.

This Court holds jurisdiction over Chase pursuant to O.C.G.A. § 9-10-91 because (1) Chase transacted business with Equifax in the State of Georgia in relation to the acts and/or omissions at issue; (2) Chase's acts and/or omissions at issue were committed in the State of Georgia by way of Equifax's interactions with Chase concerning the credit reporting of Plaintiff's Chase account; (3) Plaintiff's damages in this matter occurred in whole or in part in the State of Georgia by way of Equifax's inaccurate and detrimental credit reporting of her Chase account; and (4) Chase provides financial services to residents of the State of Georgia.

9.

This Court holds jurisdiction over Equifax because Equifax is a resident of the State of Georgia, County of Fulton.

10.

This Court holds jurisdiction over Plaintiff pursuant to O.C.G.A. § 9-10-91 because (1) Equifax's credit reporting concerning Plaintiff and her Chase account originated in the State of Georgia; and (2) Plaintiff's damages occurred in whole or in part in the State of Georgia by way of Equifax's inaccurate and detrimental credit reporting of her Chase account.

11.

Venue is proper in this Court because Equifax maintains its principal place of business in Fulton County, Georgia, and the acts and/or omissions at issue in this matter, or some part thereof, occurred within Fulton County, Georgia.

## FACTUAL ALLEGATIONS

12.

Chase issued a credit account ending in 7704 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.

13.

The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1).

14.

On or about October 8, 2024, Plaintiff agreed to make one lump sum payment totaling $992.42 to pay off and close her Chase account. A copy of the payment recording is available upon request.

15.

Plaintiff, via her debt settlement representative, timely made the requisite payment. Proof of Plaintiff's payment is attached hereto as **Exhibit A**.

16.

However, months later, the account continued to be inaccurately reported on Plaintiff's credit report.

17.

In particular, on a requested credit report dated May 19, 2025, Plaintiff's Chase account was reported with an unpaid balance of $18.00 and an open status. The relevant portion of Plaintiff's May 2025 credit report is attached hereto as **Exhibit B**.

18.

This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was paid and closed and must be reported with a balance of $0.00 on Plaintiff's credit report.

19.

On or about May 20, 2025, Plaintiff, via counsel, notified the national CRAs directly, including Equifax, of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Chase account. A copy of Plaintiff's dispute packet is attached hereto as **Exhibit C**.

20.

Therefore, Plaintiff disputed the inaccurate information reported by Defendants via certified mail in accordance with 15 U.S.C. § 1681i.

21.

In June 2025, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Chase account remained inaccurate as Defendants failed to make the required corrections. The relevant portion of Plaintiff's June 2025 credit report is attached hereto as **Exhibit D**.

22.

Upon information and belief, neither Equifax nor any other CRA notified Chase of the dispute by Plaintiff in accordance with the FCRA. Alternatively, Equifax or another CRA did

notify Chase of Plaintiff's dispute, but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit report.

23.

If Defendants had performed a reasonable investigation of Plaintiff's dispute, then Plaintiff's Chase account would have been updated to reflect a closed status with a balance of $0.00.

24.

Although Chase has promised through its subscriber agreements and/or contracts to accurately update consumer accounts, Chase has nonetheless intentionally, willfully, recklessly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA. This has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

25.

Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the Chase account at issue, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

26.

At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

27.

At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees was intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

## CAUSE OF ACTION
## FAIR CREDIT REPORTING ACT

28.

Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

29.

Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

30.

Chase is an entity that, regularly and in the course of business, furnishes credit information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

31.

Chase is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a.

32.

Plaintiff notified the national CRAs directly, including Equifax, regarding a dispute on the Chase account's completeness and/or accuracy, as reported on her credit report.

33.

Upon information and belief, Chase failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

34.

Chase failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

35.

Chase failed to correct and update Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

36.

Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute as required by 15 U.S.C. § 1681i(a).

37.

Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit report, concerning the Chase account at issue, thus violating 15 U.S.C. § 1681e(b).

38.

As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: decreased credit score, decreased credit capacity, denial of

credit, embarrassment and emotional distress, increased interest rates, reputational harm, and/or other damages that may be ascertained at a later date.

39.

As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## CLAIM FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

(a)   That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

(b)   That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

(c)   That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

(d)   That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

(e)   That the Court grant such other and further relief as may be just and proper.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## DEMAND FOR JURY TRIAL

Pursuant to O.C.G.A. § 9-11-38, Plaintiff demands a trial by jury in this action of all issues so triable.

Dated: March 2, 2026

Respectfully submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

*LaTonya Sims, Esq.*

By: LaTonya Sims, Esq.
Georgia Bar No. 711135
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com
*Attorneys for Plaintiff Brittany Premick*

# EXHIBIT A



# ACH Confirmation

## Item Information

**Originator ABA:** █████

**Receiver ABA:** █████

**Individual Name:** █████████

**Individual ID No:** ██████

**Trace Number:** ████████

**Account Number:** ██3256

**Transaction Code:** █

**Amount:** $992.42

**Description:**

## Batch Information

**Company Name:** CHASE CREDIT CRD

**Service Class:** █

**SEC Code:** █

**Company Entry Description:** ██

**Batch Number:** ████

**Company ID:** ████

**Effective Entry Date:** 10/16/2024

**Settlement Date:** ████

## File Entry

█████████████████████████

# EXHIBIT B

# Credit report

Provided by **EQUIFAX**

Report date: May 19, 2025



## Personal info

| Reported names | Brittany D Premick | Addresses | Date reported |
|---|---|---|---|
| DOB | ███████ | | |
| SSN | ███████ | | |

Employment info

## Account summary



## Accounts

**JPMCB CARD SERVICES**
Reported: Apr 21, 2025

$18.00
In good standing

## Overview

You're currently using 2% of your account's limit.

Balance: $18.00                    Credit limit: $1,000.00

## Payment history

You've made 100% of payments for this account on time.

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | ✔ | ✔ | ✔ | | | | | | | | | |
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✔ | ✔ | ✔ |
| 2018 | | | | | | | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| ✔ | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

| | |
|---|---|
| Monthly Payment Amount | $18.00 |
| Current Payment Status | As Agreed |

## Account details

| | |
|---|---|
| Account Number | ████████7704 |
| Account Status | Open |
| Open Date | Jul 30, 2018 |
| Last Activity | Apr 1, 2025 |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | |
| Times 30/60/90 Days Late | 0/0/0 |
| Months Reviewed | 80 |
| Term Source Type | Provided |
| High Balance | $1,176.00 |
| High Credit | $1,000.00 |

## Creditor information

JPMCB CARD SERVICES

Account ID: a3f363bb4a4232088287afa113016485

'Amount Past Due

# EXHIBIT C



222 Broadway, 22nd Floor

New York, NY, 10038

929.232.BETR (2387)

www.betrlink.com

# ACH Confirmation

## Item Information

**Originator ABA:** ███████

**Receiver ABA:** ███████

**Individual Name:** ██████████████

**Individual ID No:** █████████

**Trace Number:** ██████████████

**Account Number:** ████ 3256

**Transaction Code:** ██

**Amount:** $992.42

**Description:**

## Batch Information

**Company Name:** CHASE CREDIT CRD

**Service Class:** ██

**SEC Code:** ██

**Company Entry Description:** ███

**Batch Number:** ██████

**Company ID:** ████████

**Effective Entry Date:** 10/16/2024

**Settlement Date:** ████████

## File Entry

████████████████████████████

# Credit report

Provided by **EQUIFAX**

Report date: May 19, 2025

## Personal info

| Reported names | Brittany D Premick | Addresses | Date reported |
|---|---|---|---|
| DOB | ███ | | |
| SSN | ███ | | |

Employment info

## Account summary



## Accounts

**JPMCB CARD SERVICES**
Reported: Apr 21, 2025

**$18.00**
In good standing

### Overview

You're currently using 2% of your account's limit.

Balance: $18.00                    Credit limit: $1,000.00

### Payment history

You've made 100% of payments for this account on time.

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | ✓   | ✓   | ✓   |     |     |     |     |     |     |     |     |     |
| 2024 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2023 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2022 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2021 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2020 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✓   | ✓   | ✓   |
| 2018 |     |     |     |     |     |     | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

| | |
|---|---|
| Monthly Payment Amount | **$18.00** |
| Current Payment Status | **As Agreed** |

### Account details

| | |
|---|---|
| Account Number | ▮▮▮▮7704 |
| Account Status | Open |
| Open Date | Jul 30, 2018 |
| Last Activity | Apr 1, 2025 |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | |
| Times 30/60/90 Days Late | 0/0/0 |
| Months Reviewed | 80 |
| Term Source Type | Provided |
| High Balance | $1,176.00 |
| High Credit | $1,000.00 |

### Creditor information

JPMCB CARD SERVICES

Account ID: a3f363bb4a4232088287afa113016485

• Amount Past Due

# EXHIBIT D

# Credit report

Provided by **EQUIFAX**

Report date: Jun 30, 2025

## Personal info

| Reported names | Brittany D Premick | Addresses | Date reported |
|---|---|---|---|
| DOB | ▮▮▮ | | |
| SSN | ▮▮▮ | | |

Employment info

## Account summary



## Accounts

**Credit cards**

**JPMCB CARD SERVICES**
Reported: Jun 20, 2025

$20.00
In good standing

### Overview

You're currently using 2% of your account's limit.

Balance: $20.00                                   Credit limit: $1,000.00

### Payment history

You've made 100% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✔ | ✔ | ✔ | ✔ | ✔ | | | | | | | |
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✔ | ✔ | ✔ |
| 2018 | | | | | | | | | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✔ | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

| | |
|---|---|
| Monthly Payment Amount | $20.00 |
| Current Payment Status | As Agreed |
| Amount Past Due | |

### Account details

| | |
|---|---|
| Account Number | 7704 |
| Account Status | Open |
| Open Date | Jul 30, 2018 |
| Last Activity | Jun 1, 2025 |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | |
| Times 30/60/90 Days Late | 0/0/0 |
| Months Reviewed | 82 |
| Term Source Type | Provided |
| High Balance | $1,176.00 |
| High Credit | $1,000.00 |

### Creditor information

JPMCB CARD SERVICES

Account ID: a3f363bb4a4232088287afa113016485



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
## SUMMONS

BRITTANY PREMICK,

**Plaintiff,**

vs.

JPMORGAN CHASE BANK, NATIONAL

ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC

**Defendant**

) Case  26CV003071
) No.:_____
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

> LaTonya Sims, Esq.
> Law Offices of Robert S. Gitmeid & Assoc., PLLC
> 30 Wall Street, 8th Floor #741
> New York, NY 10005

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This_____03/02/2026_____day of_____, 20 _____

Honorable Ché Alexander, Clerk of

Superior Court

By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you  _____, 20_____

Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

Fulton County Superior Court
***EFILED***ZZ
Date: 3/2/2026 2:19 PM
Che Alexander, Clerk



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
### SUMMONS

BRITTANY PREMICK,

**Plaintiff,**

vs.

JPMORGAN CHASE BANK, NATIONAL

ASSOCIATION, EQUIFAX INFORMATION
SERVICES, LLC

**Defendant**

) **Case** 26CV003071
) **No.:**
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at
https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and
serve upon plaintiff's attorney, whose name and address is:

LaTonya Sims, Esq.
Law Offices of Robert S. Gitmeid & Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005

An answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed
within five (5) business days of such service. Then time to answer shall not commence until such proof of
service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This_____03/02/2026_____day of_____, 20 _____

Honorable Ché Alexander, Clerk of

Superior Court

By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

Fulton County Superior Court
***EFILED***MH
Date: 3/12/2026 10:20 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**BRITTANY PREMICK,**
**Plaintiff,**

Case: 26CV003071

**JPMorgan Chase Bank**
**Defendant,**

### AFFIDAVIT

My name is CHRIS STANTON. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude

Served **JPMorgan Chase Bank** c/o CT Corporation System, Registered Agent on 3/3/26 at 2:30 p.m. at 289 South Culver Street, Lawrenceville, GA 30046. Jane Richardson accepted service as Process Coordinator., W, F, 60s, 5'9, 170, Gray Hair, Glasses

**Documents:** Summons and Complaint,

**This** 7 **Day of** March **2026**

**Notary Public**

**Christopher Stanton**

Fulton County Superior Court
***EFILED***MH
Date: 3/12/2026 10:20 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**BRITTANY PREMICK,**
**Plaintiff,**

Case: 26CV003071

**EQUIFAX INFORMATION**
**SERVICES, LLC,**
**Defendant,**

### AFFIDAVIT

My name is CHRIS STANTON. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude

Served **EQUIFAX INFORMATION SERVICES, LLC c/o Corporation Service Company, 2 Sun Court Suite 400, Peachtree Corners, GA 30092 as the Registered Agent on 3/3/26 at 1:37 p.m. Alisha Smith accepted service as process coordinator, Black, F, 30s, 5'7, 160, black hair**

Documents: Summons and Complaint,

This    7    Day of    March    2026

**Notary Public**

**Christopher Stanton**